UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON A. YOUNG,

        Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, *et al.*,

        Defendant.

Case: 1:17-cv-00703 (F-Deck)
Assigned To : Unassigned
Assign. Date : 4/18/2017
Description: Pro Se Gen. Civil

## **MEMORANDUM OPINION**

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. Defendants "filed a Complaint for Judicial Foreclosure in DC Superior Court" against plaintiff in 2015. Compl. at 2. Plaintiff alleged that she refinanced her mortgage, "continued to pay up until 2009 on the original $165,000.00 refinance loan[, and she] denies entering a [$] 360,000.00 Mortgage with Bank of America on April 12, 2007[.]" *Id.* at 3. Rather, plaintiff claimed to have made payments "to stop the Judicial Foreclosure[] and sale of [her] property" last year, yet "[d]efendants continue to pursue the Judicial Foreclosure, Summary Judgement, Order and Decree of sale of [her] Real Property upon final order of Judge." *Id.* at 4. Among other relief, plaintiff has requested dismissal of the Superior Court case. *Id.*

The complaint contains no short and plain statement of the grounds upon which the Court's jurisdiction depends, as is required under Federal Rule of Civil Procedure 8(a). Even if this Court had subject matter jurisdiction over a judicial forfeiture of real property located in the

District of Columbia, "considerations of comity and federalism dictate that the federal court should defer to the state proceedings." *Hoai v. Sun Refining and Marketing Co., Inc.*, 866 F.2d 1515, 1517 (D.C. Cir. 1989) (citation omitted); *JMM Corp. v. District of Columbia*, 378 F.3d 1117, 1128 (D.C. Cir. 2004); *see also Younger v. Harris*, 401 U.S. 37, 45 (1971) ("[T]he normal thing to do when federal courts are asked to enjoin pending proceedings in state courts is not to issue such injunctions.").

The Court will grant plaintiff leave to proceed *in forma pauperis* and will dismiss this action. An Order accompanies this Memorandum Opinion.

DATE:
4/11/17

United States District Judge
J. Rosberg